1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8                                SAN JOSE DIVISION
9    ANTONIO BARRIGA,                    )    Case No.: C 09-0885 PVT
                                         )    Case No.: C 09-0899 PVT
10                   Plaintiff,          )
                                         )    **ORDER THAT ERRONEOUSLY**
11       v.                              )    **FILED DUPLICATE CASE (CASE**
                                         )    **NO. C 09-0899 PVT) BE**
12   JP MORGAN CHASE BANK, N.A., et      )    **ADMINISTRATIVELY CLOSED**
                                         )
13                   Defendants.         )
     _____)
14   ANTONIO BARRIGA,                    )
                                         )
15                   Plaintiff,          )
                                         )
16       v.                              )
                                         )
17   JP MORGAN CHASE BANK, N.A., et      )
                                         )
18                   Defendants.         )
19   _____)

20       It has come to the court's attention that two identical notices of removal of action, both of

21   which remove the same state court case, were filed with the court leading to two cases being opened

22   and two case numbers (C09-0885 PVT and C09-0899 PVT) assigned.  Because it appears that only

23   one case should have been opened for this one notice of removal of one state case,

24       IT IS HEREBY ORDERED that on or after March 10, 2009, the clerk of the court shall

25   administratively close case no. C09-0899 PVT unless before that date any party files an objection to

26   such case closure.

27   Dated: *3/5/09*

28                                    _____
                                     PATRICIA V. TRUMBULL
                                     United States Magistrate Judge


                                     ORDER, *page 1*