UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO BARRIGA, an individual, | Case No.: C 09-00885 PVT |
| Plaintiff, | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | |
| JP MORGAN CHASE BANK, N.A., A New York corporation, CHASE HOME FINANCE, LLC, a Delaware limited liability company, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On June 22, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the parties are referred to court sponsored mediation. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/14/11

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 2/8/11

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 3/8/11

Bench Trial[2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 3/21/11

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[3] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *June 22, 2010*

　　　　　　　　　　　　　　　　　　　／s／ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] From the file herein, it does not appear either party requested a jury trial. If either party believe it made a timely demand for a jury trial, that party shall promptly file a statement directing the court's attention to the docket number of the document containing the jury demand.

[3] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."